# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Joseph Slaughter
Tel: 646.346.8028
Fax: 212.223.1942
slaughterj@ballardspahr.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/22

August 26, 2022

*By Electronic Filing*

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:  *Laman v. Associated Newspapers Ltd., et al*, No. 22-cv-01728-LAK-OTW – Notice of Settlement

Dear Judge Wang:

    I write on behalf of all parties to the above-referenced case to inform the Court that the parties have reached a settlement in principle resolving all of Plaintiff's claims. The parties expect to finalize the settlement in a matter of days, at which time Plaintiffs will file a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41. In light of the pending settlement, the parties respectfully request that the Court administratively dismiss the case, with leave to reopen the case in 30 days if the parties have not submitted their Rule 41 notice by that time.

    Please feel free to contact the parties should you have any questions.

Very truly yours,

*/s/ Joseph Slaughter*

Joseph Slaughter

*Case dismissed with prejudice, but without prejudice to reopening by a new notice filed by either party on or before 9/26/22 if the Rule 41 notice has not been filed.*

**SO ORDERED**

LEWIS A. KAPLAN, USDJ

Aug. 26, 2022 (jtc)