**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TIM LAMAN, | ECF Case |
| Plaintiff, | Case No. 22-CV-01728 |
| -against- | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| ASSOCIATED NEWSPAPERS LTD., et al. | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tim Laman hereby gives notice that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, with each party to bear his or its own costs and attorneys' fees.

Dated: October 6, 2022

Laura M. Zaharia

Scott Alan Burroughs, Esq.
Laura M. Zaharia, Esq.
DONIGER/BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com
lzaharia@donigerlawfirm.com

*Attorneys for Plaintiff*